UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:03CV01284 AGF |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on Plaintiff's application for reimbursement of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). Plaintiff is the prevailing party in his action challenging the Commissioner of Social Security's denial of his application for disability insurance benefits. He requests fees at the rate of $156.25 per hour for 19.1 hours, for a total of $2,984.44.[1] This request for fees is supported by appropriate documentation, and the Commissioner states that she does not object to Plaintiff's entitlement to fees nor to the amount requested. Upon review of the record,

---

[1] In a supporting affidavit, counsel attests that he expended 19.2 hours. However, the total amount requested is based upon 19.1 hours and this is the total number of hours that appears on the itemized statement of time submitted by Plaintiff. The Court will award fees based upon 19.1 hours.

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is **GRANTED** in the amount of $2,984.44. [Doc. #16]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of June, 2005.